```
1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN A. FOGERTY
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099
6  Attorneys for Plaintiff
   United States of America
```

FILED
JUN 30 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>PAUL VARGAS,<br><br>                    Defendant. | CASE NO.: 1:14CR00133-BAM<br><br>VIOLATION: 18 U.S.C. § 661 -<br>Theft within Special Maritime and<br>Territorial Jurisdiction<br><br>[Class A Misdemeanor] |

# INFORMATION

COUNT ONE:     [18 U.S.C. § 661 - Theft within Special Maritime
               and Territorial Jurisdiction]

               [Class A Misdemeanor]

The United States Attorney Charges: T H A T

PAUL VARGAS,

Defendant herein, from on or about June 28, 2011, at the Lemoore Naval Air Station, in the County of Kings, State and Eastern District of California, in the special maritime and territorial jurisdiction of the United States, took and carried away, with intent to steal or purloin, personal property of another, to wit: $120.00, in violation of Title 18, United States Code, Section 661.

1  COUNT TWO:     [18 U.S.C. § 661 - Theft within Special Maritime
                   and Territorial Jurisdiction]
2
                  [Class A Misdemeanor]
3

4     The United States Attorney Charges: T H A T

5                 PAUL VARGAS,

6  Defendant herein, from on or about November 19, 2011, at the Lemoore
7  Naval Air Station, in the County of Kings, State and Eastern District
8  of California, in the special maritime and territorial jurisdiction
9  of the United States, took and carried away, with intent to steal or
10 purloin, personal property of another, to wit: $360.00, in violation
11 of Title 18, United States Code, Section 661.

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated: June 30, 2014      By: /s/ BRIAN A. FOGERTY
                                  BRIAN A. FOGERTY
                                  Special Assistant U.S. Attorney