# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>PAUL VARGAS,<br><br>                Defendant. | Case No.  1:14-cr-00133-SAB<br><br>ORDER CONTINUING REVIEW HEARING TO OCTOBER 15, 2015 AND REQUIRING DEFENDANT TO PROVIDE FINANCIAL RECORDS AND DOCUMENTATION OF COMMUNITY SERVICE |

Defendant Paul Vargas entered a plea in this action on September 4, 2014 to theft of public money and was sentenced to 36 months of unsupervised probation; a fine of $1,000.00; restitution of $11,065.00; a special assessment of $25.00; and 250 community service hours. Defendant was ordered not to incur any loans or line of credit/cards and to obey all Federal and State laws.  Defendant was to make payments of $400.00 per month commencing on October 15, 2014.  A review hearing is set for September 3, 2015.  On August 20, 2015, Defendant filed a status report indicating that he has only paid $800.00 with the last payment made on November 26, 2014, and has performed 16 hours of community service.

Based on Defendant's lack of compliance with regard to his financial obligation, the review hearing set for September 3, 2015 shall be continued to October 15, 2015.  On or before September 30, 2015, Defendant shall provide to the Court all his financial records, including but not limited to copies of all bank statements, credit card statements, check registers, pay stubs,

1  public assistance payments, etc. from the date of sentencing to the present.

2       Additionally, Defendant shall provide documentation of all community service hours
3  completed to date on the form provided by the Court and shall submit this form on a quarterly
4  basis thereafter. The form can be found at the United States District Court for the Eastern
5  District of California's website (http://www.caed.uscourts.gov) under Judges; United States
6  Magistrate Judge Stanley A. Boone (SAB) in the area entitled "Misdemeanor/CVB" "Standard
7  Forms" and then "Community Service Verification".

8       Accordingly, IT IS HEREBY ORDERED that:

9  1. The review hearing set for September 3, 2015 is CONTINUED to October 15,
10     2015 at 10:00 a.m. in Courtroom 9;

11  2. Defendant shall personally appear at the October 15, 2015 hearing;

12  3. On or before September 30, 2015, Defendant shall file copies of all financial
13     records from the date of sentencing to the present;

14  4. On or before September 15, 2015, Defendant shall submit to the Court's
15     Courtroom Deputy a fully completed Community Service Verification (CAED
16     (Fresno)- Misd.7) with a copy to the Government;

17  5. Defendant shall submit a completed Community Service Verification (CAED
18     (Fresno)- Misd.7)" on a quarterly basis by the 15th of each quarter thereafter;

19  6. Pursuant to 18 U.S.C. § 3771(a), the Government shall notify all victims
20     associated with this case of the October 15, 2015 hearing through their Victim
21     Notification System; and

22  7. Failure to comply with this order will result in a revocation of Defendant's
23     probation.

24
25  IT IS SO ORDERED.

26  Dated:   **August 27, 2015**

                                      UNITED STATES MAGISTRATE JUDGE

27
28