# IN THE UNITED STATES DISTRICT COURT

### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-cr-00133-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | (Amended) |
| PAUL VARGAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Theft Within Special Maritime and Territorial Jurisdiction, a violation of 18 U.S.C. § 661

**Sentence Date:** September 4, 2014

**Review Hearing Date:** April 21, 2016

**Probation Expires On:** September 3, 2017

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $12,081.00, which Total Amount is made up of a Fine: $ 1,000.00; Special Assessment: $ 25.00; Processing Fee: $ 0.00; Restitution: $ 11,056.00.

☒ Payment schedule of $ 400.00 per month by the 15th of each month.

☒ **Community Service hours Imposed of:** 250 hours, to be completed within the first 24 months of unsupervised probation.

☒ **Other Conditions:** Defendant shall not open any or incur loans or lines of credit during that period of time until restitution is paid in full.

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

      If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 6,500.00
    ☒ If not paid in full when was last time payment:     Date: 3/15/2016
                                                           Amount: $400.00

Mr. Vargas has struggled to keep up with payments, but is back on track. He intends to make up for those payments he fell behind on and have the fine paid in full within the court's schedule.

☒ To date, Defendant has performed 180 hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant has not opened any or incurred loans or lines of credit.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

The government notes that the defendant is $700 behind in payments, had he been making monthly payments of $400 per month since October 2014 as ordered.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: */s/ Katherine A. Plante*

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/21/2016 at 10:00 a.m.

    ☒ be continued to August 3, 2017 at 10:00 a.m.; or

    ☐ be vacated.

☒ In the event that the hearing is not continued, that Defendant's appearance for the review hearing be waived.

DATED: 3/31/2016                          */s/ Megan Hopkins*
                                                                          DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for April 21, 2016 at 10:00 a.m. be continued to October 6, 2016 at 10:00 a.m. Defendant is ordered to file a status report 14 days prior to the review hearing. Defendant shall be caught up to date on all payments by June 15, 2016, including the residual amounts past due. Failure to pay any future payments as ordered will result in a referral to probation to file a probation violation petition.

☐ DENIED.

IT IS SO ORDERED.

Dated: **April 1, 2016**                       */s/ signature*
                                                  UNITED STATES MAGISTRATE JUDGE