IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>PAUL VARGAS,<br><br>        Defendant. | Case No. 1:14-cr-00133-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION**<br>(Amended) |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Theft Within Special Maritime and Territorial Jurisdiction, a violation of 18 U.S.C. § 661

**Sentence Date:** September 4, 2014

**Review Hearing Date:** October 6, 2016

**Probation Expires On:** September 3, 2017

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $12,081.00, which Total Amount is made up of a Fine: $ 1,000.00; Special Assessment: $ 25.00; Processing Fee: $ 0.00; Restitution: $ 11,056.00.

☒ Payment schedule of $ 400.00 per month by the 15th of each month.

☒ **Community Service hours Imposed of:** 250 hours, to be completed within the first 24 months of unsupervised probation.

☒ **Other Conditions:** Defendant shall not open any or incur loans or lines of credit during that period of time until restitution is paid in full.

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

    **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 8,961.73
    ☒ If not paid in full when was last time payment:    Date: 9/15/2016
                                                                         Amount: $500.00

Mr. Vargas will have the fine and restitution paid in full within the court's schedule.

☒ To date, Defendant has completed all 250 hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant has not opened any or incurred loans or lines of credit.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: */s/ Michael Tierney*

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/6/2016 at 10:00 a.m.

    ☒ be continued to August 3, 2017 at 10:00 a.m.; or

    ☐ be vacated.

☒ In the event that the hearing is not continued, that Defendant's appearance for the review hearing be waived.

DATED: 9/19/2016                                                    */s/ Megan Hopkins*
                                                                                      DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for October 6, 2016' at 10:00 am be continued to June 1, 2017 at 10:00 a.m.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **September 22, 2016**                                   _____
                                                                                     UNITED STATES MAGISTRATE JUDGE