**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-00133-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | (Amended) |
| PAUL VARGAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Theft Within Special Maritime and Territorial Jurisdiction, a violation of 18 U.S.C. § 661

**Sentence Date:** September 4, 2014

**Review Hearing Date:** June 1, 2017

**Probation Expires On:** September 3, 2017

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $12,081.00, which Total Amount is made up of a Fine: $1,000.00; Special Assessment: $25.00; Processing Fee: $0.00; Restitution: $11,056.00.

☒ Payment schedule of $400.00 per month by the 15th of each month.

☒ **Community Service hours Imposed of:** 250 hours, to be completed within the first 24 months of unsupervised probation.

☒ **Other Conditions:** Defendant shall not open any or incur loans or lines of credit during that period of time until restitution is paid in full.

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $10,461.73
☒ If not paid in full when was last time payment: Date: 5/11/2017
Amount: $1,000.00

☒ To date, Defendant has completed all 250 hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant has not opened or incurred any loans or lines of credit.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: */s/ Michael Tierney*

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 6/1/2017 at 10:00 a.m.

   ☒ be continued to August 17, 2017 at 10:00 a.m.; or

   ☐ be vacated.

☒ In the event that the hearing is not continued, that Defendant's appearance for the review hearing be waived.

DATED: 5/18/2017                   */s/ Megan Hopkins*
                                   DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for June 1, 2017 at 10:00 a.m. be continued to August 17, 2017 at 10:00 a.m. Defendant is ordered to appear and file a status report 2 weeks prior to the hearing.

☐ DENIED.

IT IS SO ORDERED.

Dated: **May 19, 2017**

UNITED STATES MAGISTRATE JUDGE