**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-cr-00133-SAB |
| ) | |
| Plaintiff, ) | **SECOND AMENDED** |
| v. ) | **DEFENDANT'S STATUS REPORT ON** |
| ) | **UNSUPERVISED PROBATION** |
| PAUL VARGAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Theft within Special Maritime and Territorial Jurisdiction, a violation of 18 U.S.C. § 661 |
| **Sentence Date:** | September 4, 2014 |
| **Review Hearing Date:** | August 17, 2017 |
| **Probation Expires On:** | September 4, 2017 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $12,081.00 (Fine: $1,000.00; Special assessment: $25.00; Processing: $0.00; Restitution: $11,056.00)

☒ Payment schedule of $400.00 per month by the 15th of each month

☒ **Community Service:** 250 hours, to be completed within first 24 months of unsupervised probation

☒ **Other Conditions:** Defendant shall not open any or incur loans or lines of credit during that period of time until restitution is paid in full

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $ 11,797.7
  ☒ If not paid in full when was last time payment:   Date: 7/28/17
                                                      Amount: $1,200.00

Mr. Vargas has nearly met his financial obligation. He has a remaining balance of $294.17. Based on his recent payment history, Mr. Vargas is confident he will have paid his full financial obligation before his probation expires. He plans to make his last payment on or about 8/25/17.

☒ Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

> *//s// Darin Rock*
> Darin Rock
> Special Assistant United States Attorney

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 8/17/2017 at 10:00 a.m.

 ☒ be continued to  9/7/17  at 10:00 a.m.; or

Mr. Vargas's probation expires on September 4, 2017. The parties agree to extend Mr. Vargas's probation to September 7, 2017 in order to facilitate the review hearing. Mr. Vargas intends to pay off his remaining restitution balance on or about August 25, 2017. Once final payment is confirmed, the parties anticipate filing a status report to vacate the review hearing.

 ☐ be vacated.

DATED: 8/4/2017    */s/ Andrew Wong*
         DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒   GRANTED. The Court orders that the Review Hearing set for August 17, 2017 at 10:00 am is continued to September 7, 2017 at 10:00 a.m. Defendant is ordered to appear.

☐   DENIED.

IT IS SO ORDERED.

Dated: **August 7, 2017**                
                        UNITED STATES MAGISTRATE JUDGE