# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-00133-SAB |
| | ) | |
| Plaintiff, | ) | **THIRD AMENDED** |
| v. | ) | **DEFENDANT'S STATUS REPORT ON** |
| | ) | **UNSUPERVISED PROBATION** |
| PAUL VARGAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Theft within Special Maritime and Territorial Jurisdiction, a violation of 18 U.S.C. § 661 |
| **Sentence Date:** | September 4, 2014 |
| **Review Hearing Date:** | September 7, 2017 |
| **Probation Expires On:** | September 7, 2017 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $12,081.00 (Fine: $1,000.00; Special assessment: $25.00; Processing: $0.00; Restitution: $11,056.00)

☒ Payment schedule of $400.00 per month by the 15th of each month

☒ **Community Service:** 250 hours, to be completed within first 24 months of unsupervised probation

☒ **Other Conditions:** Defendant shall not open any or incur loans or lines of credit during that period of time until restitution is paid in full

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

### **Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of $ 11,797.7
    ☐ If not paid in full when was last time payment:     Date:
                                                      Amount:

☐      Compliance with Other Conditions of Probation:

***GOVERNMENT POSITION:***

☒      The Government agrees to the above-described compliance.

☐      The Government disagrees with the following area(s) of compliance:

Government Attorney:

*//s// Darin Rock*_____
Darin Rock
Special Assistant United States Attorney

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒      that the review hearing set for 9/7/2017 at 10:00 a.m.

      ☐      be continued to __ at 10:00 a.m.; or

      ☒      be vacated.

DATED:  8/31/2017          */s/ Andrew Wong*_____
                           DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED.  The Court orders that the Review Hearing be vacated.

☐      DENIED.

IT IS SO ORDERED.

Dated:   __**September 5, 2017**___        _____
                                    UNITED STATES MAGISTRATE JUDGE